1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                     FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    LAURIE LYNNE MANNON,                    Case No.  1:23-cv-00293-HBK

12                  Plaintiff,                ORDER GRANTING MOTION TO
                                             PROCEED *IN FORMA PAUPERIS* AND
13          v.                                DIRECTING CLERK TO ISSUE
                                             SCHEDULING ORDER
14    KILOLO KIJAKAZI, COMMISSIONER
      OF SOCIAL SECURITY,                     (Doc. No.  2)
15
                    Defendant.
16

17          Pending before the Court is Plaintiff's motion to proceed *in forma pauperis* under 28

18    U.S.C. § 1915 in this Social Security appeal.  (Doc. No. 2).  Plaintiff's declarations in the motion

19    satisfies the requirements under § 1915.

20          Accordingly, it is **ORDERED**:

21          1.  Plaintiff's motion to proceed *in forma pauperis* (Doc. No. 2) is GRANTED.

22          2.  The Clerk is directed to issue the Scheduling Order and summons.  Service shall

23    proceed under the Court's E-Service program set forth in the Scheduling Order.

24    Dated:    March 15, 2023

25                                            HELENA M. BARCH-KUCHTA
                                             UNITED STATES MAGISTRATE JUDGE
26

27

28